SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
Parker G. Embry (24126826)
Chelsea McManus (24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
         jeri.miller@sidley.com
         parker.embry@sidley.com
         cmcmanus@sidley.com

SIDLEY AUSTIN LLP
Stephen E. Hessler (*pro hac vice* pending)
Patrick Venter (*pro hac vice* pending)
Weiru Fang (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    shessler@sidley.com
         pventer@sidley.com
         weiru.fang@sidley.com

SIDLEY AUSTIN LLP
James W. Ducayet (*pro hac vice* pending)
Steven E. Sexton (*pro hac vice* pending)
Andrew F. Rodheim (*pro hac vice* pending)
One South Dearborn
Chicago, Illinois 60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036
Email:    jducayet@sidley.com
         ssexton@sidley.com
         arodheim@sidley.com

*Proposed Attorneys for Debtor
and Debtor in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> MERIT STREET MEDIA, INC. <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-80156 (SWE) |
| MERIT STREET MEDIA, INC. <br><br> Plaintiff, <br><br> v. <br><br> TRINITY BROADCASTING OF TEXAS, INC., AND TCT MINISTRIES, INC. <br><br> Defendants. | Adv. Proc. No. 25-08006 |

**NOTICE OF HEARING FOR JULY 3, 2025 SETTING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) SEVERING CERTAIN REQUESTED RELIEF IN THE ADVERSARY COMPLAINT; (II) SCHEDULING CERTAIN DEADLINES IN CONNECTION WITH THE DEBTOR'S PREFERENCE AVOIDANCE CLAIM; AND (III) GRANTING RELATED RELIEF (DKT. 2)**

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **July 3, 2025 at 9:30 a.m. (prevailing Central Time)** before the Honorable Scott Everett to consider Debtor's Motion for Entry of An Order (I) Severing Certain Requested Relief in the Adversary Complaint; (II) Scheduling Certain Deadlines in Connection with the Debtor's Preference Avoidance Claim; and (III) Granting Related Relief (Dkt. 2).

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either by an audio or video connection.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to appear and participate in the Hearing by videoconference may do so via WebEx at the following link:

**LINK:** https://us-courts.webex.com/meet/everett

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Everett's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judge-everetts-hearing-dates.** Parties should review the Webex instructions prior to the hearing.

- **Dial-In:** 650.479.3207
- **Access Code:** 2304 017 9738

**PLEASE TAKE FURTHER NOTICE** that, hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Everett's homepage: **https://www.txnb.uscourts.gov/content/judge-**

**scott-w-everett.** Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that, copies of the foregoing pleadings may be obtained (i) at the website established by the Debtor's proposed noticing agent, Epiq Corporate Restructuring, LLC,., at https://dm.epiq11.com/case/meritstreetmedia/info, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

*[Remainder of the page intentionally left blank.]*

Dated: July 2, 2025  
Dallas, Texas

/s/ *Jeri Leigh Miller*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
Parker G. Embry (24126826)
Chelsea McManus (24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
    tom.califano@sidley.com
    jeri.miller@sidley.com
    parker.embry@sidley.com
    cmcmanus@sidley.com

*and*

James W. Ducayet (*pro hac vice* pending)
Steven E. Sexton (*pro hac vice* pending)
Andrew F. Rodheim (*pro hac vice* pending)
One South Dearborn
Chicago, Illinois 60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036
Email:    jducayet@sidley.com
    ssexton@sidley.com
    arodheim@sidley.com

*and*

Stephen E. Hessler (*pro hac vice* pending)
Patrick Venter (*pro hac vice* pending)
Weiru Fang (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    shessler@sidley.com
    pventer@sidley.com
    weiru.fang@sidley.com

*Proposed Attorneys for the Debtor
and Debtor in Possession*

**Certificate of Service**

      I certify that on July 2, 2025, I caused a copy of the foregoing document to be served by the Electronic Case *Filing System for the United States Bankruptcy Court for the Northern District of Texas.*

                                            */s/ Jeri Leigh Miller*
                                            *Jeri Leigh Miller*