# **<u>Exhibit C</u>**

# ACTION OF SOLE INCORPORATOR

## OF

## APG VENTURES, INC.

The undersigned, being the sole incorporator of APG Ventures, Inc., a Delaware corporation (the "Company"), hereby certifies pursuant to Section 108 of the Delaware General Corporation Law:

1. The Certificate of Incorporation of the Company was filed in the office of the Secretary of State of Delaware on February 3, 2023.

2. The Bylaws attached hereto as Exhibit A are hereby approved and adopted as the Bylaws of the Company.

3. Each of the following persons is hereby elected as a director of the Company, to serve until the first annual meeting of stockholders or until a successor is duly elected and qualified or upon the earlier resignation or removal of said director:

Matthew Crouch

Phillip McGraw

Samuel Smadja

4. The undersigned, upon completion of this Action of Sole Incorporator, shall have no further responsibilities or obligations to the Company in her capacity as sole incorporator.

Dated:  March 5, 2024

_____
John Casoria, Sole Incorporator

## Exhibit A

**Bylaws**