# **Exhibit D**

## STOCK CONFIRMATION

WHEREAS **Merit Street Media, Inc.** (f/k/a APG Ventures, Inc.) a Delaware corporation ("***MSM***") is a party to one Stock Purchase Agreement with **Trinity Broadcasting Network** ("***TBN***") and one with **Peteski Productions, Inc.** ("***Peteski***") concerning the issuance of stock of MSM ("***Stock Purchase Agreements***"), both of which are dated March 5, 2024, and none of the shares referenced in such agreements have previously been issued;

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, MSM, TBN and Peteski hereby agree that their respective Stock Purchase Agreements are amended as follows, and not otherwise:

1. <u>Amendment in Number of Shares Purchased</u>. The number of shares provided in the Stock Purchase Agreements which TBN shall purchase from MSM shall be reduced by 285,715 shares and the number of shares Peteski shall purchase from MSM shall be increased by 285,715 shares.

2. <u>Issuance Price</u>. The consideration paid by each of TBN and Peteski to MSM shall be adjusted for the number of shares being purchased by each at a per share price of $0.014.

3. <u>Resulting Amendment</u>. As amended, the Stock Purchase Agreements now provide for the issuance and sale of the following shares at the following issuance prices to TBN and Peteski:

|  | MSM Shares Issued | % | Issuance Price |
|---|---|---|---|
| TBN | 214,286 | 30.00% | $ 3,000.00 |
| Peteski | 500,001 | 70.00% | $ 7,000.02 |
| Total | 714,287 | 100.00% | $ 10,000.02 |

4. <u>Payment of Issuance Price</u>. Concurrently with the execution of this agreement, Peteski and TBN have each delivered to MSM their respective issuance price, whereupon the shares indicated above are fully-paid and validly issued by MSM. The stock certificates representing such shares in the name of such shareholders shall promptly be delivered to TBN and Peteski.

Agreed to and Effective this 8TH day of August 2024 by the undersigned.

| PETESKI PRODUCTIONS, INC. | TRINITY BROADCASTING OF TEXAS, INC. | MERIT STREET MEDIA, INC. |
|---|---|---|
| *[signature]* | *[signature]* | *[signature]* |
| Name: Dr. Phillip C. McGraw | Name: MATT CROUCH | Name: MATTHEW CROUCH |
| Title: President & CEO | Title: CHAIRMAN/PRES. | Title: DIRECTOR |