SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:    (214) 981-3400
Email:         tom.califano@sidley.com
                   jeri.miller@sidley.com

SIDLEY AUSTIN LLP
James W. Ducayet (admitted *pro hac vice*)
Steven E. Sexton (admitted *pro hac vice*)
Andrew F. Rodheim (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:   (312) 853-7000
Facsimile:    (312) 853-7036
Email:         jducayet@sidley.com
                   ssexton@sidley.com
                   arodheim@sidley.com

SIDLEY AUSTIN LLP
Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:    (212) 839-5599
Email:         shessler@sidley.com
                   pventer@sidley.com

*Attorneys for the Debtor and
Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MERIT STREET MEDIA, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-80156 (SWE) |
| MERIT STREET MEDIA, INC.<br><br>Plaintiff,<br><br>v.<br><br>TRINITY BROADCASTING OF TEXAS, INC., AND TCT MINISTRIES, INC.<br><br>Defendants. | Adv. Proc. No. 25-08006 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8990. The Debtor's mailing address is 5501 Alliance Gateway Fwy, Fort Worth, TX 76177.

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing has been scheduled for <u>**September 22, 2025 at 9:00 a.m. (prevailing Central Time)**</u> (the "Hearing") before the Honorable Scott W. Everett, U.S. Bankruptcy Judge for the Northern District of Texas, U.S. Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, TX 75242 to consider the *Debtor's Motion for Partial Summary Judgment for Preference Avoidance Against TCT Ministries, Inc*. [Docket No. 24].

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the Hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to appear and participate in the Hearing by videoconference may do so via WebEx at the following link:

**LINK:** https://us-courts.webex.com/meet/everett

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Everett's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.** Parties should review the Webex instructions prior to the Hearing.

- **Dial-In:** 650.479.3207
- **Access Code:** 2304 017 9738

**PLEASE TAKE FURTHER NOTICE** that, hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Everett's homepage: **https://www.txnb.uscourts.gov/content/judge-scott-w-everett.** Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that, copies of the foregoing pleading may be obtained (i) at the website established by the Debtor's noticing agent, Epiq Corporate Restructuring,

2

LLC at https://dm.epiq11.com/case/msm/info, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

[*Remainder of the page intentionally left blank.*]

Dated: September 19, 2025
Dallas, Texas

/s/ *Jeri Leigh Miller*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400
Email:  tom.califano@sidley.com
  jeri.miller@sidley.com

*and*

James W. Ducayet (admitted *pro hac vice*)
Steven E. Sexton (admitted *pro hac vice*)
Andrew F. Rodheim (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  jducayet@sidley.com
  ssexton@sidley.com
  arodheim@sidley.com

*and*

Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:  shessler@sidley.com
  pventer@sidley.com w

*Attorneys for the Debtor and
Debtor in Possession*

## Certificate of Service

I certify that on September 19, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Jeri Leigh Miller*
*Jeri Leigh Miller*